Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363    Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as MTC FINANCIAL INC, dba TRUSTEE CORPS)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KOCH,<br><br>         Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC., dba TRUSTEE CORPS,<br><br>         Defendant. | Case No.<br><br>**STATEMENT OF CORPORATE DISCLOSURE BY DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORP**<br><br>(Pomona County Superior Court Case No. KC068166)<br><br>Complaint Filed: 1/13/16<br>Complaint Served: 1/14/16 |

    The undersigned, counsel of record for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS, submits this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

///

///

///

///

///

///

Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS is a California corporation and is privately held.

Dated: February 12, 2016

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Martin Kosla*
    Richard J. Reynolds
    Martin Kosla
    Attorneys for Defendant
    MTC FINANCIAL INC., dba
    TRUSTEE CORPS